

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET
Suite 400
NEW YORK, NEW YORK 10281-1022

Nancy A. Brown
(212) 336-1023
brownn@sec.gov

March 26, 2019

**Via ECF**

Hon. Jose L. Linares, Chief Judge
United States District Judge
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    <u>**SEC v. DelPresto, et al.; 15-CV-8656 (JLL)**</u>

Dear Judge Linares:

    We represent Plaintiff Securities and Exchange Commission ("Commission") in this action. We enclose for the Court's consideration courtesy copies of partial Judgments on consent against Defendants DelPresto and his entity, MLF Group LLC, by which those Defendants have consented to the imposition of injunctive relief against each of them, leaving the resolution of the Commission's claims for monetary relief to resolution by further consent or motion. If the partial Judgments are satisfactory to the Court, we respectfully request that the Court docket each Judgment with its respective consent.

    With respect to Defendant Toomer, the criminal action against him has now been fully resolved, and the Stay in this matter should be lifted to permit the Commission's claims against him to go forward, pursuant to the Stipulation and Order entered December 4, 2017 (DE 36.) Under the terms of that Stipulation and Order, Defendant Toomer's answer is due 30 days after March 20, 2019. (<u>See</u> <u>United States v. Toomer</u>, 17 Cr. 0193 (D. Nev.) (DE 111 (Order Dismissing Indictment).) The Commission respectfully requests that the Court set a date for a Scheduling Conference as soon after Toomer's answer is due as practicable, so that the parties may begin discovery.

                                                   Respectfully submitted,

                                                   Nancy A. Brown

<u>Enclosures</u>
cc (via email):

Magistrate Judge Arpert  December 1, 2017
Page 2

John D. Arsenault, Esq.
(Counsel for Defendants Samuel DelPresto and MLF Group, LLC)
Amy Luria, Esq.
(Counsel for Defendant Donald Toomer)